IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AVAGO TECHNOLOGIES U.S., INC, ET AL.      :
                                          :      MISCELLANEOUS ACTION
                        v.                :
                                          :      NO. 15-199
IPTRONICS INC, ET AL.                     :

**O R D E R**

**AND NOW**, this  15th____ day of September, 2015, upon consideration of Plaintiffs'

Motion to Compel Tyco Electronics Corporation to Comply with Third Party Subpoena (ECF

No. 1), and all papers and exhibits submitted in support thereof and in opposition thereto, it is

**ORDERED** that Plaintiffs' Motion is **DENIED**.

The Clerk is directed to mark this matter **CLOSED**.

**IT IS SO ORDERED**.

BY THE COURT:


 /s/R. BARCLAY SURRICK_____
R. BARCLAY SURRICK, J.